PD-0622-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/21/2015 3:49:56 PM
Accepted 1/21/2015 3:52:49 PM
ABEL ACOSTA
CLERK

Nos. PD-0601-14 & PD-0622-14

## TO THE COURT OF CRIMINAL APPEALS

## OF THE STATE OF TEXAS

CLAYTON DEAN REEDER AND
MARCUS BRUCE HOLIDY,

v.

THE STATE OF TEXAS,

Appellants

Appellee

Appeals from Rusk County

\* \* \* \* \*

## STATE'S MOTIONS FOR LEAVE TO FILE POST-SUBMISSION SUPPLEMENTAL BRIEFS

\* \* \* \* \*

LISA C. McMINN
State Prosecuting Attorney
Bar I.D. No. 13803300

STACEY M. GOLDSTEIN
Assistant State Prosecuting Attorney
Bar I.D. No. 24031632

P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512-463-1660 (Telephone)
512-463-5724 (Fax)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State Prosecuting Attorney respectfully presents her motion for leave to file Post-Submission Supplemental Briefs under Texas Rule of Appellate Procedure 70.4. The State believes that it is necessary to respond to, and further address, issues raised during oral argument.

## PRAYER FOR RELIEF

WHEREFORE, the State of Texas prays that the Court of Criminal Appeals grant it leave to file its Post-Submission Supplemental Briefs.

Respectfully submitted,

/s/ STACEY M. GOLDSTEIN
Assistant State Prosecuting Attorney
Bar I.D. No. 24031632

P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512-463-1660 (Telephone)
512-463-5724 (Fax)

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copies of the State's Motions for Leave to File

Post-Submission Supplemental Briefs have been served on January 21, 2015, via

certified electronic service provider to:

Hon. Richard Kennedy
Rusk County Courthouse
115 North Main Street
Henderson, Texas 75652
rkennedy@co.rusk.tx.us


Hon. Ebb B. Mobley
422 North Center Street
P.O. Box 2309
Longview, Texas 75606
ebbmob@aol.com


/s/ STACEY M. GOLDSTEIN
Assistant State Prosecuting Attorney